**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Theodora M. Torpey aka Theodora M. Torpey-Kraft | CHAPTER 13 |
| Debtor(s) | BKY. NO. 19-15763 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F and index same on the master mailing list.

Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
17 Nov 2020, 13:56:14, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322