United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-15763-mdc

Theodora M. Torpey  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theodora M. Torpey, 4117 Comly Street, Philadelphia, PA 19135-3941 |
| cr | + | Wilmington Savings, 1600 S. Douglass Rd, Anaheim, CA 92806-5948 |
| 14392385 | + | Academic Emergency Physicians, POB 827924, Philadelphia, PA 19182-7924 |
| 14410966 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14389231 | + | Frankford Hospital, 4900 Frankford Ave., Philadelphia, PA 19124-2695 |
| 14394055 | | Jpmorgan Chase Bank, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14392392 | + | Laboratory Corporation of America, POB 2240, Burlington, NC 27216-2240 |
| 14389233 | + | Municipal Servicies Bureau, POB 16755, Austin, TX 78761-6755 |
| 14392397 | + | NJ E-ZPass, POB 4971, Trenton, NJ 08650-4971 |
| 14389234 | + | Nazereth Hospital, 2601 Holme Ave, Philadelphia, PA 19152-2096 |
| 14392396 | + | Nelnet, POB 87130, Lincoln, NE 68501-7130 |
| 14389235 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14392399 | + | Radiology Affiliates of Central NJ PC, POB 787512, Philadelphia, PA 19178-7512 |
| 14392401 | + | Sterling Credit Corporation, POB 675, Spring House, PA 19477-0675 |
| 14561646 | + | Wilmington Savings Fund Society, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14555350 | + | Wilmington Savings Fund Society, FSB, c/o Maria Tsagaris, Esq., McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14561588 | + | Wilmington Savings Fund Society, FSB, as Trustee o, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14555072 | + | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14520269 | + | Wilmington Savings, Carrington Mtg Serv, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 05 2021 02:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2021 02:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 05 2021 02:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14392386 | + | Email/Text: legal@arsnational.com | Mar 05 2021 02:23:00 | ARS National Services, Inc., POB 469100, Escondido, CA 92046-9100 |
| 14509872 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 05 2021 02:23:00 | CARRINGTON MORTGAGE SERVICES, LLC, 1600 S DOUGLASS RD, ANAHEIM, CA 92806, ( 92806-5951 |
| 14452719 | | Email/Text: megan.harper@phila.gov | Mar 05 2021 02:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14392389 | + | Email/Text: bankruptcy@philapark.org | Mar 05 2021 02:24:00 | City of Philadelphia, Code Violation Enforcement, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14392388 | + | Email/Text: bankruptcy@philapark.org | Mar 05 2021 02:24:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14421941 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 05 2021 02:33:41 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14389230 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 05 2021 02:33:42 | Chase Home Finance, 3415 Vision Drive, Columbus, OH 43219 |
| 14399962 | + | Email/Text: bankruptcy@philapark.org | Mar 05 2021 02:24:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14392400 | | Email/Text: bkrpt@retrievalmasters.com | Mar 05 2021 02:23:00 | RMCB, POB 1235, Elmsford, NY 10523-0935 |
| 14577711 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 05 2021 02:23:00 | Wilmington Savings Fund Society, FSB, as Trustee o, Carrington Mortgage Services, LLC, Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14392390 | | Community Life Imp |
| 14392393 | | Marie Frisco |
| 14389232 | | Marie Frisco |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14392391 | *+ | Frankford Hospital, 4900 Frankford Ave., Philadelphia, PA 19124-2695 |
| 14392387 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Home Finance, 3415 Vision Drive, Columbus, OH 43219 |
| 14400040 | * | Jpmorgan Chase Bank, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14392394 | *+ | Municipal Servicies Bureau, POB 16755, Austin, TX 78761-6755 |
| 14392395 | *+ | Nazereth Hospital, 2601 Holme Ave, Philadelphia, PA 19152-2096 |
| 14392398 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |

TOTAL: 3 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed**

below:

| Name | Email Address |
|---|---|
| MARIO J. HANYON | on behalf of Creditor Jpmorgan Chase Bank  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor JPMorgan Chase Bank  National Association C/O Carrington Mortgage Services, LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| ZACHARY PERLICK | on behalf of Debtor Theodora M. Torpey Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              Chapter 13
THEODORA M. TORPEY

                    Debtor                          Bankruptcy No. 19-15763-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 4, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
THEODORA M. TORPEY

4117 COMLY STREET

PHILADELPHIA, PA 19135-